IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES LEONARD TONEY                                                     PLAINTIFF

v.                          Case No. 6:18-CV-6049

CORPORAL HEATH DICKSON, et. al.                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations (Doc. 12) from United States Magistrate Judge James R. Marschewski. The Court has conducted a careful review of the findings and recommendations and of the timely objections filed by Plaintiff. After reviewing the record *de novo* as to Plaintiff's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrates' findings.

The Court therefore concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Defendant's motion for leave to appeal in forma pauperis (Doc. 11) is DENIED.

**IT IS SO ORDERED** this 4th day of January, 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE